# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROGER D. ANDERSON, TERRI T.
ANDERSON & THERESA LEUSCHNER

VERSUS

LABORDE CONSTRUCTION
INDUSTRIES, L.L.C.,
CATAMOUNT CONSTRUCTORS,
INC., LMK BATON ROUGE
CONSTRUCTION, L.L.C., AND
THE STANDARD OF BATON ROUGE,
L.L.C.

NO.  2019 CW 1014

**AUGUST 1, 2019**

---

In Re:   Robin Toler, Roger D. Anderson, Terri T. Anderson &
         Theresa Leuschner, applying for supervisory writs,
         19th Judicial District Court, Parish of East Baton
         Rouge, No. 638,369.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT